

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00351-CV

IN RE T.A.W.                                                                                                    RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus and relator's motion for emergency stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and relator's motion for emergency stay are denied.

PER CURIAM

PANEL: WALKER, GARDNER, and MEIER, JJ.

DELIVERED: October 11, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).